## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

WILLIAM DOUGLAS, JR.,                     :

      Plaintiff,                          :

                              :      Case No. 3:09cv000469

                              :

      vs.                                 :      District Judge Walter Herbert Rice

                              :      Magistrate Judge Sharon L. Ovington

MICHAEL J. ASTRUE,                        :
Commissioner of the Social
Security Administration,                  :

      Defendant.                          :

                              :

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON OCTOBER 26, 2010 (Doc. #16); DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(b); AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

---

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #16), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.  It is therefore **ORDERED** that:

    1.      The Report and Recommendations filed on October 26, 2010 (Doc. #16) is ADOPTED in full;

2.    Plaintiff's Complaint is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b); and

3.    The case is terminated on the docket of this Court.


                                    Walter Herbert Rice
                                 United States District Judge